

# IN THE
# TENTH COURT OF APPEALS

### No. 10-09-00392-CV

**DANIEL JAMES PARKER, DUSTI
LAWLER PARKER,  AND DANIEL
JAMES PARKER, AS NEXT FRIEND
OF JACKSON JAMES PARKER,**

                                                               **Appellants**

 **v.**

**TERRY BROWN AND WIFE JULIE BROWN,**

                                                               **Appellees**

**From the 413th District Court
Johnson County, Texas
Trial Court No. C200800492**

## MEMORANDUM  OPINION

Appellants,  Daniel James Parker, Dusti Lawler Parker, and Daniel James Parker as Next Friend of Jackson James Parker, filed a notice of appeal on November 19, 2009 from an order of the trial court that granted a motion for summary judgment filed by appellees, Terry Brown and Julie Brown.

Appellants now seek a dismissal of their appeal because the parties have settled their dispute in mediation and no longer wish to pursue the appeal.

Accordingly, this appeal is dismissed.  TEX. R. APP. P. 42.1(a)(1).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Reyna, and
    Justice Davis
Appeal dismissed
Opinion delivered and filed March 24, 2010
[CV06]